UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT CASSIDY; RYAN CODY-BERRY; PORT OF SEATTLE POLICE,<br><br>    Defendants. | CASE NO. 2:24-cv-00299-JNW<br><br>ORDER TO SHOW CAUSE |

The Court raises this matter sua sponte.

Plaintiff Daniel Teklemariam Hagos filed this lawsuit on March 5, 2024. Dkt. No. 5. Since then, Hagos has submitted no proof that he has served Defendants with the complaint. *See* Dkt. And he has failed to submit a summons to the clerk of court for the clerk's signature. *Id.* Thus, it is reasonable to assume that proper service of the complaint and summons has not occurred.

Rule 4 of the Federal Rules of Civil Procedure provides the requirements governing service of a complaint and summons on defendants. *See* Fed. R. Civ. P. 4. Under Rule 4(m), plaintiffs must serve defendants with a copy of the complaint and a signed, sealed copy of the summons within 90 days of filing of the complaint. Fed.

ORDER TO SHOW CAUSE - 1

R. Civ. P. 4(m). To obtain a signed, sealed copy of the summons, the plaintiff must submit a properly completed form summons to the clerk of court on or after filing the complaint. Fed. R. Civ. P. 4(a), (b). Absent good cause, a district court may dismiss an action for a plaintiff's failure to make proper service of the complaint and signed, sealed summons on the defendant within 90 days. Fed. R. Civ. P. 4(m).

By failing to obtain a signed, sealed summons and to make proper service on Defendants within 90 days of filing the complaint, Hagos has violated Rule 4. If he cannot show good cause for this failure, the Court may dismiss his lawsuit. *Id.*

Accordingly, Hagos must submit a short statement, not to exceed six (6) pages, explaining why this case should not be dismissed for failure to effect service of process. The Court ORDERS Hagos to file a Response to this Order to Show Cause no later than thirty (30) days from the date of this Order. Failure to file a response will result in dismissal of Hagos's action.

The Clerk is directed to place this Order to Show Cause on the Court's calendar for October 3, 2024.

It is so ORDERED.

Dated this 3rd day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2