UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS, | CASE NO. 2:24-cv-00299-JNW |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| SCOTT CASSIDY; RYAN CODY-BERRY; PORT OF SEATTLE POLICE, | |
| Defendants. | |

Pro se Plaintiff Daniel Teklemariam Hagos filed the Complaint initiating this action on March 7, 2024, proceeding in forma pauperis. Dkt. Nos. 4, 5. On May 3, 2024, this Court ordered the parties to submit a Joint Status Report by June 14, 2024. Dkt. No. 6. No such report was filed. *See* Dkt. Nor did Hagos offer any proof of service of process, as required by Rule 4 of the Federal Rules of Civil Procedure. *Id.*; *see also* Fed. R. Civ. P 4(m).

On September 3, 2024, the Court issued an Order to Show Cause, instructing Hagos to "submit a short statement, not to exceed six (6) pages, explaining why this case should not be dismissed for failure to effect service of process." Dkt. No. 7. The Court granted Hagos 30 days from the date of the Order to file a Response to this

**DISMISSAL** ORDER - 1

Order to Show Cause and expressly warned that "[f]ailure to file a response will result in dismissal of Hagos's action." *Id.*

As of this date, Hagos has made no response to the Court's Order to Show Cause. *See* Dkt. Indeed, Hagos has taken no action on the case docket since filing his Complaint. *Id.* Accordingly, the Court DISMISSES this action without prejudice for failure to effect service of process and failure to prosecute.

It is so ORDERED.

Dated this 7th day of October, 2024.

Jamal N. Whitehead
United States District Judge

**DISMISSAL** ORDER - 2